IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| vs. | * | CR 112-259 |
| ALAN SCOTT HOBBS, | * | |
| Defendant. | * | |

**O R D E R**

To prepare his appeal at the Eleventh Circuit, Defendant filed in this Court a <u>pro se</u> motion for production of transcripts (doc. no. 109) on June 16, 2014, and submitted in this Court a transcript request (doc. no. 113) on July 7, 2014. The Court approved that request (docs. nos. 114, 120, 123) and the requested transcripts were filed in this Court on August 6-7, 2014 (docs. nos. 115, 116, 117, 118, 119). On September 19, 2014, the Eleventh Circuit appointed counsel to represent Defendant. (Doc. no. 126.) The Court therefore **DENIES** Defendant's motion for production of transcripts (doc. no. 109) as moot.

**ORDER ENTERED** at Augusta, Georgia, this _10th_ day of October, 2014.

Honorable J. Randal Hall
United States District Judge
Southern District of Georgia