UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) Case Nos. | CR114-063, USA v. Robinson |
| | ) | CR112-259, USA v. Hobbs |
| LEAVE OF ABSENCE REQUEST | ) | CR112-258, USA v. Hayes |
| | ) | CR113-007, USA v. Alexander |
| LAMONT A. BELK | ) | |
| December 28, 2015 – January 4, 2016 | ) | |

## ORDER

**Lamont A. Belk** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

IT IS HEREBY ORDERED THAT **Lamont A. Belk** be granted leave of absence for the following periods: **December 28, 2015 through January 4, 2016.**

This 21st day of October, 2015.

_____
HONORABLE J. RANDAL HALL
United States District Judge
Southern District of Georgia